Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 3739 | DATE | 7/2/2001 |
| CASE TITLE | Rafal Kaczkowski vs. Daimlerchrysler Corp. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. The entire Answer is stricken to avoid the need to resort to patchwork pleading. Leave is, however, granted to file a self-contained Amended Answer in this Court's chambers on or before July 16, 2001.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JUL 05 2001 date docketed | |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 7/3/2001 date mailed notice | |
| SN courtroom deputy's initials | | SN mailing deputy initials | |
| | Date/time received in central Clerk's Office | | |

ED-7
FILED FOR DOCKETING
01 JUL -3 PM 2:43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAFAL KACZKOWSKI, )
)
Plaintiff, )
)
v. ) No. 01 C 3739
)
DAIMLERCHRYSLER CORPORATION, )
)
Defendant. )

DOCKETED
JUL 0 5 2001

MEMORANDUM ORDER

DaimlerChrysler Corporation ("Chrysler") has filed its Answer to the personal injury suit brought against it by Rafal Kaczkowski ("Kaczkowski"). This memorandum order is issued sua sponte because of some patent pleading flaws in that responsive pleading that require prompt correction.

Despite the plain roadmap that is marked out by the second sentence of Fed. R. Civ. P. ("Rule") 8(b), Chrysler's Answer Count I ¶¶4, 5 and 14-19 and Count II ¶¶4, 5 and 13-17 employ this impermissible locution:

> The defendant possesses insufficient knowledge to either admit or deny the allegations contained in paragraph -- of Count I of plaintiff's Complaint at Law and, therefore, denies same and demands strict proof thereof.

Both as to the inadequacy of such a disclaimer and as to the meaningless demand for "strict proof," see App. ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279 (N.D. Ill. 2001). Although this Court may be wrong about this, it has a general recollection that the same defect may have been pointed

out to other members of Chrysler's law firm before this. But whether or not that is the case, the firm ought to eliminate the improper language from its computer program.

Meanwhile the entire Answer is stricken to avoid the need to resort to patchwork pleading. Leave is, however, granted to file a self-contained Amended Answer in this Court's chambers on or before July 16, 2001.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: July 2, 2001

---

[1] No charge is to be made to Chrysler by its counsel for the added work and expense incurred in correcting counsel's own errors. Chrysler's counsel are ordered to apprise their client to that effect by letter, with a copy to be transmitted to this Court's chambers as an informational matter (not for filing).

2